Motion to resettle order granted, and motion for leave to appeal to the Court of Appeals granted.

BERTHA E. OLSEN, as Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument or leave to appeal to the Court of Appeals denied, with ten dollars costs.

HAROLD S. BLAKE, Respondent, v. SUN PRINTING AND PUBLISHING ASSOCIATION, Appellant.— Motion for leave to appeal to the Court of Appeals granted and question for review certified.

WILLIAM W. HAMLIN, Respondent, v. JOHN N. PATTEN, Appellant.— Motion for reargument denied, with ten dollars costs.

ARNOLD POCHER, Appellant, v. MEYER ASHENBERG and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

HARRIS SPEVAK, Respondent, v. EDWARD McMAHON, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Hubbs, J., not sitting.

HENRY P. BURGARD COMPANY, Respondent, v. JULIUS ULLMAN and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

MARIE BALL, as Executrix, etc., Appellant, v. GEORGE B. BROOKS and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

MARIE BALL, as Executrix, etc., Appellant, v. GEORGE B. BROOKS and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Proceeding of the COMMON COUNCIL OF THE CITY OF NORTH TONAWANDA, N. Y., to Extend Bryant Street Across the Right of Way of the Erie Railroad Company.— Petition for writ of certiorari granted.

In the Matter of HENRY C. PRICE, an Attorney and Counselor at Law. — Issues raised by petition and answer referred to Hon. George A. Benton, official referee.

ALBERT G. MOSHER, Respondent, v. ESTELLA BLANCHARD and Another, Appellants.— Motion to open default granted upon condition that the appellants pay to respondent's attorney ten dollars and be ready at the election of the respondent to argue the appeal at the present term of court.

SULLIVAN J. BILLINGTON, Respondent, v. MILDRED R. BARNES and Others, Appellants.— Motion to dismiss appeal granted, unless appellants file and serve printed papers within sixty days.

EVERETT COAKLEY, Respondent, v. ERNEST L. COOLEY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by September twenty-ninth, and be ready for argument on October sixth.

In the Matter of the Application of FRANKLIN A. COLGROVE for the Opening of a Highway at Barcelona in the Town of Westfield, Known as First Street Extension.— Motion to dismiss appeal granted, with costs.